**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on May 13, 2022**

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 16−20389−LMI**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Orlando G Guerendian
aka Orlando Guerendian

6738 SW 12th St
Miami, FL 33144

SSN: xxx−xx−6662

## FINAL DECREE

The trustee, Nancy K. Neidich, having filed a final report that the estate has been fully administered, is discharged and the case is closed.